# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jason Nathaniel Barragan<br>DOB: 1995; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-03174MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 14, 2020, in the District of Arizona, Jason Nathaniel Barragan knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 4,000 rounds of .38 Super caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 14, 2020, Jason Nathaniel Barragan acquired 4,000 rounds of .38 Super caliber ammunition from a residence in Tucson, Arizona. He then provided the ammunition to another individual, who had been directed by an associate in Mexico to obtain the ammunition from Barragan and deliver it to a third individual in Rio Rico, Arizona. Pursuant to the directions from the associate in Mexico, this third individual would smuggle the ammunition into Mexico. Barragan knew that the ammunition he acquired and transferred was intended to ultimately be smuggled into Mexico.

The ammunition which Barragan received, transported, and transferred to another individual in facilitation of the smuggling offense qualifies as United States Commerce Control List items and therefore is prohibited by law for export from the United States into Mexico without a valid license. Neither Barragan nor any other individual involved in the smuggling offense had a license or any other lawful authority to export the ammunition from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>**ANGELA WOOLRIDGE**  Digitally signed by ANGELA WOOLRIDGE  Date: 2020.12.29 16:31:21 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>**CLINTON P FORTE**  Digitally signed by CLINTON P FORTE  Date: 2020.12.29 18:05:19 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Clinton Forte |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>December 30, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM, AUSA, PTS